UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW C. BUCHANAN,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. SPORTS CAMPS, LLC,<br><br>        Defendant. | Case No. 21-cv-08100-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 22 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 4, 2022

_____
WILLIAM H. ORRICK
United States District Judge